IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAROLYN A. POTTS | ) |
| | ) |
| v. | ) NO. 1-12-0090 |
| | ) JUDGE CAMPBELL |
| HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE CO. | ) |

ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Docket No. 14), indicating that all matters in dispute herein have been resolved. Accordingly, this action is dismissed with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE